ALBANY,
Aug. 1834.

MESSENGER *vs.* HOLMES.

In the matter
of Twenty-
sixth street.

The venue will be changed on the ground of excitement, after two ineffectual
attempts to obtain verdicts in the county where it is laid.

MOTION to change the venue on the ground of *excitement*   August 21.
prevailing in the county where the venue is laid. There had
already been two trials in the cause and no verdict, the juries
not being able to agree.

*By the Court,* SAVAGE, Ch. J. This case comes directly
within the principle stated by Mr. Justice MARCY, in *Bowman*
v. *Ely,* 2 Wendell, 250, as that which should govern in appli-
cations of this kind. When it is found by actual experiment
that a fair trial, or, as in this case, no trial can be had in the
county where the venue is laid, the motion, *on the ground re-
lied on* in this case, will be granted ; but otherwise not.

Motion granted.